IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD GIBLIN,** | : | CIVIL ACTION NO. 1:12-CV-1648 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KCI INSURANCE AGENCY, INC.,** and | : | |
| **RONALD COOPERMAN,** | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 7th day of July, 2014, upon consideration of plaintiff's motion (Doc. 15) to lift stay and enforce the settlement agreement, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 15) is GRANTED.

2. The stay entered by the court on September 11, 2012 is LIFTED.

3. Within fourteen (14) days of the date of this order, Defendants shall sign the Settlement Agreement and General Release attached as Doc. 16, Ex. 28, and comply with its terms consistent with the accompanying memorandum.

4. The parties shall meet and confer concerning the appropriate amount of Giblin's attorneys' fees and the appropriate period of time for payment of the amount currently due and owing from October 2013 to the present.

5. Within fourteen (14) days of the date of this order, plaintiff shall file a letter with the court informing the court whether there are any outstanding matters, or whether the above-captioned matter may be closed.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania