IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD GIBLIN,** | : CIVIL ACTION NO. 1:12-CV-1648 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **KCI INSURANCE AGENCY, INC.,** and **RONALD COOPERMAN,** | : |
| **Defendants** | : |

## ORDER AND JUDGMENT

AND NOW, this 10th day of December, 2015, upon consideration of the application (Doc. 34) for entry of judgment by plaintiff Richard Giblin ("Giblin"), wherein Giblin indicates that defendants are delinquent on and owe a balance of $5,400 in attorney's fees and have been noncompliant with the payment schedule established by the court's order (Doc. 33) dated July 24, 2014, and noting that said order authorizes entry of judgment in favor of Giblin and against defendants in the event of noncompliance therewith, (id. ¶ 8), and further upon consideration of the court's order (Doc. 35) dated November 16, 2015, admonishing defendants that failure to respond to Giblin's application for judgment within ten (10) days would result in an order granting the application and entering judgment in the amount requested therein, and it appearing that defendants have not responded to the

application as directed, it is hereby ORDERED that Giblin's application (Doc. 34) for entry of judgment is GRANTED and judgment is ENTERED in favor of Giblin and against defendants in the amount of $5,400.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania